BRISCOE, Circuit Judge,
dissenting.
“Absent compelling reasons, we do not consider arguments that were not presented to the district court.” Crow v. Shalala, 40 F.3d 323, 324 (10th Cir.1994). After reviewing the record, including Oslin’s brief before the district court, I conclude that Oslin failed to preserve the issues he now raises on appeal. Throughout the course of these proceedings, Oslin has been represented by counsel. Indeed, the same counsel who represents him before this court represented him before the district court. Further, Oslin has not provided this court with compelling reasons that would justify our departure from the general rule. Accordingly, I respectfully dissent from the majority’s conclusion. I would affirm the district court.